### 22370.   TEICHMILLER *v.* STEELE *et al.*

STEPHENS, J.   The principle laid down in *Mitchem* v. *Shearman Concrete Pipe Co.,* 45 *Ga. App.* 809 (165 S. E. 889), is applicable to this case, and it was error for the court to grant a nonsuit.

*Judgment reversed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 4, 1923.   REHEARING DENIED MARCH 4, 1933.

*Arnold, Arnold & Gambrell,* for plaintiff.
*Augustine Sams,* for defendant.